**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**ABEL DE LEON**                                                    **PLAINTIFF**
**REG. # 07067-380**

**4:21-CV-01101-BSM**

**DOES**                                                          **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.


IT IS SO ORDERED this 3rd day of February, 2022.


_____
UNITED STATES DISTRICT JUDGE